Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

TOWN OF AMHERST, Respondent, v BRIAN BURNS MEAD et al., Defendants, and POWER UP MANUFACTURING, INC., Appellant. (Appeal No. 1.) [869 NYS2d 812]

Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

TOWN OF AMHERST, Respondent, v BRIAN BURNS MEAD et al., Defendants, and POWER UP MANUFACTURING, INC., Appellant. (Appeal No. 2.) [869 NYS2d 811]

Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.

TOWN OF AMHERST, Respondent, v BRIAN BURNS MEAD, Defendant, and POWER UP MANUFACTURING, INC., et al., Appellants. (Appeal No. 3.) [869 NYS2d 810]—

